**JAMES v. BARTLETT**

[359 N.C. 274 (2005)]

| | | |
|---|---|---|
| WILLIAM JAMES, AN ELECTOR, FOR HIMSELF AND OTHERS SIMILARLY SITUATED, WILLIAM "BILL" FLETCHER, CANDIDATE FOR SUPERINTENDENT OF PUBLIC INSTRUCTION; AND TRUDY WADE, CANDIDATE FOR GUILFORD COUNTY COMMISSIONER AT LARGE | ) ) ) ) ) ) ) ) | |
| PLAINTIFFS | ) | |
| v. | ) | ORDER |
| GARY O. BARTLETT, AS EXECUTIVE DIRECTOR OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS; LARRY LEAKE, ROBERT CORDLE, GENEVIEVE C. SIMS, LORRAINE G. SHINN, AND CHARLES WINFREE, IN THEIR OFFICIAL CAPACITY AS MEMBERS OF THE STATE BOARD OF ELECTIONS; THE STATE BOARD OF ELECTIONS; and ROY COOPER, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF NORTH CAROLINA | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| DEFENDANTS | ) | |
| AND | ) | |
| JUNE S. ATKINSON AND W. BRITT COBB; | ) | |
| INTERVENORS-DEFENDANTS | ) | |
| IN RE ELECTION PROTEST OF BILL FLETCHER IN THE NOVEMBER 2, 2004, GENERAL ELECTION FOR SUPERINTENDENT OF PUBLIC INSTRUCTION | ) ) ) ) ) | |
| IN RE ELECTION PROTEST OF DR. TRUDY WADE IN THE NOVEMBER 2, 2004, GENERAL ELECTION FOR GUILFORD COUNTY COMMISSIONER AT-LARGE | ) ) ) ) | |

No. 602P04-2

This matter is before the Court upon the following petitions and motions filed by Plaintiffs-Appellants on 20 December 2004: (1) Plaintiffs' Motion to Accept Discretionary Review Before Consideration by the Court of Appeals, and to Suspend the Rules to

**JAMES v. BARTLETT**

[359 N.C. 274 (2005)]

Allow Expedited Review and (2) Motion to Plaintiffs-Appellants for Writ of Supersedeas and Temporary Stay.

Upon consideration, this Court enters the following order:

(1) Plaintiffs' petition for discretionary review prior to determination by the Court of Appeals is allowed.

(2) Plaintiffs' petition for Writ of Supersedeas and motion for temporary stay to preserve the status quo pending a determination of this appeal are allowed.

(3) Plaintiffs' motion under Rule 2 for an expedited briefing and argument is allowed. Plaintiffs shall file their brief(s) by 3 January 2005 and defendants shall file their brief(s) by 13 January 2005. Oral argument is scheduled for 18 January 2005 at 9:30 a.m. in the courtroom of the North Carolina Court of Appeals.

By Order of the Court in conference, this 22nd day of December 2004.

Justices PARKER and EDMUNDS recused.

Newby, J.
For the Court